UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:23-cv-01195-ODW | Date | July 28, 2023 |
|---|---|---|---|
| Title | *In Re: Alicia Marie Richards* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Appellant: | | Attorneys Present for Appellees: |
| Not present | | Not present |

**Proceedings (In Chambers):**

This matter comes before the Court on Appellant Alicia Maria Richards ("Appellant")'s motion for leave to appeal *in forma pauperis* ("IFP Motion") before the United States Bankruptcy Appellate Panel of the Ninth Circuit ("BAP"). (ECF No. 3 at 12–13.) As the BAP lacks authority to grant or deny a motion to proceed *in forma pauperis* under 28 U.S.C. § 1915(a), the BAP transferred the IFP Motion to this Court (ECF No. 1; ECF No. 3 at 1–2). *See Perroton v. Gray (In re Perroton)*, 958 F.2d 889 (9th Cir. 1992); *Determan v. Sandoval (In re Sandoval)*, 186 B.R. 490, 496 (9th Cir. BAP 1995).

The IFP Motion (ECF No. 3 at 12–13) is GRANTED. In light of this ruling, Appellant's Request for Urgent Consideration of her IFP Motion (ECF No. 2) is DENIED as moot.

The Clerk of the Court is directed to: (1) TRANSFER this matter back to the United States Bankruptcy Appellate Panel of the Ninth Circuit; and (2) administratively CLOSE this district court case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |